**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02346-GPG
(**The above civil action number must appear on all future papers
   sent to the court in this action.    Failure to include this number
   may result in a delay in the consideration of your claims.**)

CHARLENE-ANN: VON SCHLESIEN,

      Plaintiff,

v.

STATE OF COLORADO,
JUDGE KAROLYN MOORE,
DISTRICT ATTORNEY STANLEY GARNETT, and
SHERIFF JOSEPH PELLE,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

      Plaintiff, an inmate at the Boulder County Jail, has submitted to the court a

pleading titled "Habeous Corpus Under CRCP 60(B)(3) & (4) Due Process Violation and

Void Order Challenging Juristion Under Title 28 § 1602-1611 Trial Rules 12(B)(1) & (2)

Also 28 U.S. Code § 1631" (ECF No. 1), an Application to Proceed in District Court

Without Prepaying Fees or Costs (Long Form) (ECF No. 3), and a Memorandum of Points

and Authorities in Law on Court Fees in the Form of an Affidavit (ECF No. 4).   As part of

the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the

documents are deficient as described in this order.   Plaintiff will be directed to cure the

following if she wishes to pursue her claims.   Any papers that Plaintiff files in response to

this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) _____ is not submitted
(2) _____ is missing affidavit
(3) _____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) _xx_ is missing certificate showing current balance in inmate account
(5) _____ is missing required financial information
(6) _____ is missing authorization to calculate and disburse filing fee payments
(7) _xx_ is missing an original signature by the prisoner
(8) _xx_ is not on proper form (must use the court's current prisoner form)
(9) _____ names in caption do not match names in caption of complaint, petition or habeas application
(10) _____ other: _____.

**Complaint, Petition or Application**:

(11) _____ is not submitted
(12) _xx_ is not on proper form
(13) _xx_ is missing an original signature by the prisoner
(14) _____ is missing page nos. _____
(15) _____ uses et al. instead of listing all parties in caption
(16) _____ names in caption do not match names in text
(17) _____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) _____ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without

further notice.   The dismissal shall be without prejudice.

DATED October 26, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher            
United States Magistrate Judge