IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02346-GPG

CHARLENE-ANN: VON SCHLESIEN,

    Plaintiff,

v.

STATE OF COLORADO,
JUDGE KAROLYN MOORE,
DISTRICT ATTORNEY STANLEY GARNETT, and
SHERIFF JOSEPH PELLE,

    Defendants.

ORDER OF DISMISSAL

    Plaintiff initiated this action by filing *pro se* a pleading titled "Habeous Corpus Under CRCP 60(B)(3) & (4) Due Process Violation and Void Order Challenging Jurisdiction Under Title 28 § 1602-1611 Trial Rules 12(B)(1) & (2) Also 28 U.S. Code § 1631" (ECF No. 1), an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3), and a Memorandum of Points and Authorities in Law on Court Fees in the Form of an Affidavit (ECF No. 4).   The instant action was commenced and, on October 26, 2015, Magistrate Judge Gordon P. Gallagher ordered Plaintiff to cure certain deficiencies if she wishes to pursue any claims.   Plaintiff specifically was directed to file on the proper forms a signed application for a writ of habeas corpus and a signed motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with a certificate showing the current balance in her inmate account.   Plaintiff was warned that the action would be dismissed without further notice if she failed to cure the

deficiencies within thirty days.   Although Plaintiff indicated she was being held at the Boulder County Jail, the address she provided was not the Boulder County Jail address.

On November 9, 2015, the copy of Magistrate Judge Gallagher's October 26 order that was mailed to Plaintiff was returned to the Court undelivered because it was mailed to an incorrect address.   On November 10, 2015, Magistrate Judge Gallagher entered a minute order directing the clerk of the Court to mail a copy of the October 26 order to Plaintiff at the correct address.

On December 4, 2015, the Court received a letter from an individual who is not a party to this action that indicated Plaintiff was housed at the Boulder County Jail and had not received a copy of Magistrate Judge Gallagher's October 26 order.   On December 8, 2015, Magistrate Judge Gallagher entered another minute order directing the clerk of the Court to mail a copy of the October 26 order to Plaintiff at the Boulder County Jail. Magistrate Judge Gallagher also directed Plaintiff to cure the deficiencies within thirty days and he warned Plaintiff that the action would be dismissed without further notice if she failed to cure all of the deficiencies within the time allowed.

Plaintiff has not cured the deficiencies in this action and she has failed to respond in any way to the order directing her to cure the deficiencies.   Therefore, the action will be dismissed without prejudice for failure to prosecute and cure the deficiencies as directed. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.   See *Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she also must pay the full $505 appellate filing fee or file

a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to prosecute and cure the deficiencies as directed.   It is

FURTHER ORDERDED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3) is denied as moot.   It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   14th   day of    January       , 2016.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court